UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLAUDIA ROMELIA RUBIO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-20-CV-884-HJB |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Before the Court is the matter of Plaintiff Claudia Romelia Rubio's request for judicial review of the administrative denial of her application for disability insurance benefits under Title II of the Social Security Act and social security income under Title XVI of the Social Security Act. *See* 42 U.S.C. § 405(g). This action comes to the Court pursuant to 28 U.S.C. § 636(c), following the parties' consent (Docket Entries 8 and 10.)

On August 24, 2021, the Court held a hearing on the matter at which all parties appeared through counsel of record. For the reasons stated on the record at the August 24, 2021, hearing, the Court finds that the Commissioner's decision that Plaintiff is not disabled is supported by substantial evidence. It is therefore **ORDERED** and **ADJUDGED** that the Commissioner's decision is **AFFIRMED**.

**SIGNED** on August 24, 2021.

Henry J. Bemporad
United States Magistrate Judge